No. A–687. LOVELACE ET AL. v. DeCHAMPLAIN. Application for further stay of order of United States District Court for the Western District of Missouri, presented to MR. JUSTICE BLACKMUN, and by him referred

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–374, Times-Picayune Publishing Corp. v. Schulingkamp, infra, this page; No. 74–706, Pacelli v. United States, infra, p. 995; No. 74–749, Art Theatre Guild, Inc. v. Parrish, infra, p. 995; No. 74–5499, Carter v. Lee, infra, p. 995; No. 74–5706, Orange v. North Carolina, infra, p. 996; No. 74–5741, Hardwick v. Caldwell, infra, p. 996; No. 74–5810, May v. United States, infra, p. 996; No. 74–5815, Murphy v. United States, infra, p. 996; No. 74–5855, Wright v. United States, infra, p. 997; and No. 74–5942, Brown v. Estelle, infra, p. 996.

to the Court, granted pending the filing on or before April 10, 1975, of petition for writ of certiorari and final disposition thereon. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would deny the application except upon condition that respondent be released on bail.